B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re Joseph L. Pacheco, Case No. 17-11689-JEB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust | Chalet Properties III, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038

Phone: _____
Last Four Digits of Acct #: 9994

Name and Address where transferee payments should be sent (if different from above):
c/o BSI Financial Services
314 S. Franklin St. P.O. Box 517
Titusville, PA 16354

Phone: _____
Last Four Digits of Acct #: 9994

Court Claim # (if known): 2-1
Amount of Claim: $267,241.28
Date Claim Filed: 06/05/2017

Phone: (972) 347-4350
Last Four Digits of Acct. #: 9994

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Derek A. Castello (BBO#690007)          Date: 10/19/2020
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | |
|---|---|
| JOSEPH L. PACHECO, | Chapter 13 |
| | Case No. 17-11689-JEB |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have, on or before the 20th day of October, 2020 served on behalf of U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, as serviced by BSI Financial Services a <u>Transfer of Claim</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Joseph L. Pacheco<br>6 Crapo Street<br>New Bedford, MA 02740 (M) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |
|---|---|
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | Thomas Benner<br>Benner & Weinkauf, P.C.<br>33 Samoset Street<br>Plymouth, MA 02360 (ECF) |
| Chalet Properties III, LLC<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste. 400<br>Irving, TX 75038 (M) | |

*/s/ Derek A. Castello*
Derek A. Castello, Esq.